1  Adaline J. Hilgard (SBN 173213)
   Email: ahilgard@reedsmith.com
2  Mark D. Litvack (SBN 183652)
   Email: mlitvack@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
8
   Attorneys for Defendant
9  AOL, LLC

10 Ari Kahan (SBN 150178)
   Email akahan@mindspring.com
11 1657 Belmont Ave.
   San Carlos, CA 94070
12
   Telephone: 650 591 1132
13 Facsimile: 650 243 2043

14 Carolyn E. Wright, Esq. (*admitted pro hac vice*)
   Buckley Brown, P.C.
15 2970 Clairmont Road, NE, Suite 1010,
   Atlanta, Georgia 30329
16
   Attorneys for Plaintiff
17 Dan Heller

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20 | DAN HELLER,              | No.: C09 00435 ~~HRL~~ MHP |
21 |         Plaintiff,       | **STIPULATION, ORDER AND JUDGMENT FOR DISMISSAL WITH PREJUDICE** |
22 |    vs.                   |   |
23 | AOL LLC and John Does 1-10, |   |
24 |         Defendants.      |   |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties having reached a settlement in the above-captioned action, hereby agree and stipulate that the entire action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees, costs and expenses.

DATED: May 27, 2009.

ARI KAHAN

By  /s/ Ari Kahan
    Ari Kahan
    Carolyn E. Wright
    Attorneys for Plaintiff
    Dan Heller

DATED: May 27, 2009.

REED SMITH LLP

By  /s/ Adaline J. Hilgard
    Adaline J. Hilgard
    Mark D. Litvack
    Attorneys for Defendant
    AOL, LLC

**ORDER AND JUDGMENT**

Pursuant to Stipulation, it is hereby ORDERED and ADJUDGED that this Action is DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

IT IS SO ORDERED.

DATED:  5/28 , 2009.

By _____
   United S...



IT IS SO ORDERED
Judge Marilyn H. Patel

No.: C09 00435

- 1 -

DISMISSAL WITH PREJUDICE

US_ACTIVE-101702628.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above-named signatories.

REED SMITH LLP


By   /s/ Adaline J. Hilgard
    Adaline J. Hilgard
    Mark D. Litvack
    Attorneys for Defendant
    AOL, LLC